FGR Pulzl,lc“.,\'rlow I,N \VES'F'S HAW,A!,‘I REP<)RTS AN.[) P/\c‘lll_r‘lc REPO‘RTER
N0. 2a175
IN THs 1NTERMED1ATE coURT or APPEALs
or THE sTATE oF HAwAr:

MAUNALUA BAY BEACH OHANA 28, a HawaiU.non~profit corporation;
MAUNALUA BAY BEACH OHANA 29, a HawaiH.non~profit corporation;
MAUNALUA BAY BEACH OHANA 38, a Hawafi non~profit corporation,
individually and on behalf of all others similarly situated,
Plaintiffs~Appellees,
v.
STATE OF HAWAfI, Defendant-Appellant

APPEAL FR0M THE cIRcUIT coURT oF THE F:RsT cIRcUIT 53
(civi1 No. 05-i~0904) 5

 

ORDER DENYING PLAINTIFFS-APPELLEES' MOTION g
FOR RECONSlDERATlON OF SUMMARY DlSPOSITION ORDER 1`="
(By: Foley and Fujise, JJ.; Nakamura, C.J., concurring§
separately and dissenting)1 ¢ j
Upon consideration of Plaintiffs-Appellees' Janu@g
2010 Motion for Reconsideration of the Intermediate Court of
Appeals' Opinion filed on December 30, 2009, the papers in
support of the motion, and the records and files in this case,
IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaii, January 20, 20lO.

On the motion: d;g:MAE§;6:>

Paul Alston and Associate Judge

Laura Couch
for Plaintiffs-Appellees. Ci2z:K’ »
dba

Associate Judge

»_z-

I concur in the denial of Plaintiffs-Appellees' Motion
for Reconsideration, except that, consistent with my concurring
and dissenting opinion, I would grant Plaintiffs-Appellees'
motion to the extent it seeks reconsideration of matters

addressed in the majority opinion that were not before this court

on appeal.

Lz;QS'€q: ;2Z;éL9¢7v%Z¢\_

Chief Judge

1 Former Associate Judge Corinne K.A. Watanabe was a member of the panel
on this appeal but retired from her judgeship effective December 31, 2009.
Associate Judge Alexa D.M. Fujise was assigned to the panel to fill the
vacancy created by the retirement of Judge Watanabe.

FV§W§s